AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**

October 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Fidel Morales _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Juan BURCIAGA** | )    Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ *Defendant(s)* | ) |

**EP:25-M-05881-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 3, 2025 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 924(a)(1)(A) | Provide False Information to a Federal Firearms Licensee |

This criminal complaint is based on these facts:

See Attached Affidavit Which is Hereby Incorporated by Reference

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_____ October 22, 2025 _____ at _____ 02:00 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Mashaun Montgomery, Special Agent - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/22/2025 _____

*Judge's signature*

Miguel Torres, U.S. Magistrate Judge
*Printed name and title*

City and state: _____ El Paso, Texas _____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Mashaun Montgomery, first being duly sworn, does hereby depose and state as follows:

1. On or about September 26, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents (SA) reviewed ATF Form 4473 Firearms Transaction Record related to firearm purchases made by Juan BURCIAGA from a Federal Firearms Licensee (FFL) located in El Paso, Texas, in the Western District of Texas.

2. The ATF Form 4473 is a record required by law to be maintained by Federal Firearms Licensees.

3. BURCIAGA answered "Yes" to question 21a on the ATF Form 4473. The question on the form asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?"

4. BURCIAGA signed box number 22 on the form indicating BURCIAGA's answers on the forms were true, correct, and complete and acknowledged he understood that making any false oral or written statements concerning the transaction would be a crime punishable as a felony under Federal law.

5. The ATF Form 4473 revealed that on April 3, 2025, BURCIAGA purchased two Ruger pistols. The pistol information is as follows: Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171140. Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171153.

6. BURCIAGA listed a specific address in the 130 block of Ben Swain Dr, El Paso, Texas 79915 as his current residence on the ATF Form 4473 box number 10.

7. SA Montgomery reviewed a National Tracing Center (NTC) Firearms Trace Summary which noted the following:

   a. On or about July 10, 2025, a firearm purchased by BURCIAGA on April 3, 2025 was recovered in Ciudad Juarez, Chihuahua, Mexico. The firearm recovered was the above-mentioned Ruger, LCP, .380 caliber, pistol, bearing serial number 379171153, The time to crime was 98 days.

8. On October 2, 2025, ATF SA's went to the residence located on Ben Swain Dr, El Paso, Texas 79915, and interviewed a resident, Martha Hernandez. Hernandez advised that BURCIAGA is Hernandez' nephew. Hernandez advised BURCIAGA has not lived at the residence in years. Hernandez advised that BURCIAGA has lived in Juarez for many years. Hernandez advised the last time she seen BURCIAGA was about a month ago in Juarez, Mexico.

9. SA Montgomery reviewed the border crossing records for BURCIAGA's registered vehicle, Toyota Corolla affixed licensed plate#VVX7275. SA Montgomery observed that on the date of the multiple sale purchase listed above, April 3, 2025, BURCIAGA entered the United States of

America from Mexico utilizing the Bridge of the Americas (BOTA) Port of Entry in the Toyota Corolla at 0717 hours Eastern Standard Time (EST). There were no passengers in the vehicle with BURCIAGA during BURCIAGA's entry into the United States of America. On the same date at 1613 hours EST, BURCIAGA's Toyota Corolla exits the United States of America outbound into Mexico utilizing the BOTA Port of Entry.

10. SA Montgomery reviewed the receipt of purchase from the FFL for BURCIAGA's purchase one (1) Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171140 and one (1) Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171153 on April 3, 2025. SA Montgomery observed the timestamp for the purchase was 13:44 hours EST.

11. On October 21, 2025, BURCIAGA entered the U.S. from Mexico at the Bridge of Americas Port of Entry (BOTA). ATF and HSI SA's interviewed BURCIAGA at the port. Agents advised BURCIAGA of his Miranda Rights in the Spanish language. BURCIAGA stated that he was willing to talk with agents without an attorney present.

12. BURCIAGA advised he lives in Mexico. BURCIAGA advised he has been living in Mexico his entire life. BURCIAGA provided his address in Ciudad, Juarez, Mexico. BURCIAGA advised that he lives with his mother, Claudia Hernandez at the address he provided.

13. BURCIAGA advised he could not recall that last time he spent a night in America. Agents asked BURCIAGA about the address on the 130 block Ben Swain Dr El Paso, TX 79915. listed on his Texas driver's license. BURCIAGA advised that the address on the 130 block of Ben Swain Dr El Paso, TX 79915 was his aunt's residence. BURCIAGA advised he did not live at that residence or have any belongings there. BURCIAGA could not recall the last time he visited or spent a night at the residence either.

14. ATF SA's showed BURCIAGA a copy of the ATF Form 4473 from BURCIAGA's purchase of one (1) Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171140 and one (1) Ruger, LCP, .380 caliber, pistol, bearing serial number: 379171153 on April 3, 2025. BURCIAGA did admit to filling out the ATF Form 4473 and signing the document. BURCIAGA stated he did understand the ATF Form 4473. The ATF Form 4473 was written in English.

15. Agents asked for the whereabouts of the two firearms listed above. BURCIAGA advised the firearms were at "home". BURCIAGA then advised that he wished to speak with an attorney present. The interview with BURCIAGA was concluded.

16. Based on the aforementioned facts and circumstances, your affiant believes probable cause exists that Juan BURCIAGA knowingly provided false information on ATF Forms 4473 when BURCIAGA stated he was living in El Paso, Texas but was actually living in Mexico during the purchase of the firearms, in violation of Title 18, United States Code, Section 924(a)(1)(A). This affidavit is submitted for the purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning the investigation.

Mashaun Montgomery
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives